AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BOHAI PHARMACEUTICALS GROUP, INC.
was received by me on *(date)* 6-22-15 @ 4:14 pm.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KAYLA CONSTABLE , who is
designated by law to accept service of process on behalf of *(name of organization)* VCORP SERVICES, LLC,
1645 VILLAGE CENTER CIR., SUITE 170, LAS VEGAS, NV 89134 on *(date)* 6-23-15 at 4:15 pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-24-15            _____
                                  *Server's signature*

                         TED WRIGHT, PROCESS SERVER
                                  *Printed name and title*

                         108 W. WYOMING AVE., LAS VEGAS, NV 89102
                                  *Server's address*

Additional information regarding attempted service, etc: