


www.dachenglaw.com

Two Wall Street, 21st Floor
New York, New York 10005
Tel: 1.212.380.8388
Fax: 1.212.810.1995

**DACHENG**
**LAW**
**OFFICES**

大成律师事务所

July 14, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2015

<u>**VIA FACSIMILE ONLY (212) 805-6382**</u>
The Honorable Victor Marrero
U.S. District Court for the Southern District of New York
United States Courthouse, Suite 660
500 Pearl Street
New York, NY 10007

        Re:    Euro Pacific Capital Inc. et al. v.
                  Bohai Pharmaceuticals Group, Inc.
                  <u>Case No.: 1:15-cv-04410-VM</u>

Dear Judge Marrero:

       This firm is corporate counsel for the defendant in this matter, Bohai Pharmaceuticals Group, Inc. ("Bohai"). Yesterday, we faxed a letter to Your Honor requesting an extension on behalf of Bohai of the time in which Bohai must answer, make an appropriate motion or otherwise respond to the plaintiffs' complaint from July 14, 2015 to August 13, 2015. At the time we faxed our letter, we had not yet heard back from plaintiffs' counsel as to whether they consented to Bohai's request. Plaintiffs' counsel has since responded, and has graciously consented to Bohai's 30-day extension request.

       We ask that you please let us know if this extension request may be granted.

                                              Respectfully submitted,

                                              Kerry J. Kaltenbach (KK8045)
                                              Admitted to USDC, SDNY

KJK/nyc

cc:    Christopher Lewis Ayers, Esq.
       Anderson Kill P.C. (N.Y.)
       1251 Avenue of the Americas
       New York, NY 10020
       via fax only: (212)-278-1733

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by defendant.

SO ORDERED.

7-14-15
DATE                   VICTOR MARRERO, U.S.D.J.