AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Euro Pacific Capital Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   15-CV-04410 (VM) |
| Bohai Pharmaceuticals Group, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bohai Pharmaceuticals Group, Inc.                                                                                          .

Date:     08/04/2015

_Attorney's signature_

Eugene Meyers EM8509
*Printed name and bar number*

Dacheng Law Offices LLP
2 Wall Street, Floor 21
New York, New York 10005

*Address*

eugene.meyers@dachenglaw.com
*E-mail address*

(212) 380-8388
*Telephone number*

(212) 810-1995
*FAX number*