USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EURO PACIFIC CAPITAL INC, individually and in its capacity as Investor Representative and attorney-in-fact for BRUCE WALKER RAVENEL; POM INVESTMENTS; JOSEPH MCCARTHEY IRA; NFS/FMTC SEP FBO CARTER LAREN; NFS/FMTC SEP FBO GERALD MONA; THOMAS L. INGRAM AND CARISSA INGRAM AS TRUSTEES FOR THE INGRAM LIVING TRUST U/A 11/2/05; NFS/FMTC SEP IRA FBO GERALD E. MANWILL; ARNOLD WILLIAM GOLDSCHLAGER AND NORA GOLDSCHLAGER AS TRUSTEES FOR THE GOLDSCHLAGER FAMILY TRUST U/A 6/24/04; JOHN A. RUPP AS TRUSTEE THE JOHN A. RUPP TRUST U/A 3/9/07; WILLIAM A. KARGES JR. AS TRUSTEE FOR THE KARGES REVOCABLE INTERVIVOS TRUST U/A 4/29/85; RICHARD GRIFF AND JACKIE GRIFF; CHRISTIANNA SEIDEL AS TRUSTEE FOR THE CHRISTIANNA SEIDEL PROPERTY TRUST U/A 11/5/99 FBO CHRISTIANNA SEIDEL; KENNETH H. NASS AND MAUREEN NASS AS TRUSTEES FOR THE KENNETH H. & MAUREEN K. NASS CHARITABLE TRUST U/A 6/7/05; DAVID ARITA; AMY J. STEFANIK AS TRUSTEE FOR THE AMY J. STEFANIK REVOCABLE TRUST U/A 2/6/01; STEVEN JAY EPSTEIN; SELWYN ADELSON; SYED HASNAT AHMED; ANDREW MCCOLLAM FOR AM-PER ENTERPRISES; ALMA ARTHUR & WILLIAM BYPASS TRUST; JAMES BACON FOR DOJACON LLC; JEFF BAKER IRA; SARAH J. BASLER LIVING TRUST; RICHARD BENAMY; MIDDLESEX ORTHO 401K; LARRY BERSON; JEFF BLACKBURN; RON BOVASSO AND LINDA BOVASSO; JAMIE BROWN; BRAD CARR; LOWELL CERISE; DON CLEMETSON; ROLAND CRAM; ROB DAHLANDER FOR INTEGRITY FUNDS; JONATHAN EDWARDS AND VIRGINIA ADAMS EDWARDS; ART EKLUND; VIC FERRER; ANDREW GARNOCK; BOB HIEMANN; THE KARAN HOSS TRUST; THE HERSCHEL HUNTER TRUST (HACKER); IRA JON KARKOW; DARRELL KLOECKNER; IRA THOMAS LADNER; SCOTT LENNES; GREGG LINHOFF; MADARAZ SEP; DAVID MARBLE; ABBY MARGALITH FOR

Index No.: 15-Civ-04410 (VM)

**STIPULATION**

NORTHERN STAR GROWTH TRUST; STEPHEN
MCCARRON PROFIT SHARING PLAN; ROD
MCINTYRE; ROTH IRA MARK ROGER MITCHELL;
DR. MARK MITCHELL PROFIT SHARING PLAN;
MMH GROUP LLC; TIMOTHY NASS; MARY
NEIBERG; KEVIN O'NEILL AND SUZANNE
O'NEILL; JOSEPH PANELLA; TINA PETERSON;
STEVE SANN; PETER SCHORTMANN; KIM
SCHWENKE; JAMES SHEAHAN; IRA DONALD
SHOFF; IRA CHARLES SULLIVAN; IRA GERALD
SURERUS; ABDOLHOSAYN TASLIMI AND SHIDAN
TASLIMI; MEHRAN TASLIMI; RUHA TASLIMI AND
SHIDAN TASLIMI; SHIDAN TASLIMI; SUSANNE
TASLIMI; WAIN WHITE; LAMBERT WU AND CHU
WU LIYING JTTEN; LANE YOSHIDA; IRA PAUL
ZINK; TRILLION DOLLAR GROWTH; NORTH
MILITARY LTD.; CHADDS FORD LTD.; CARLOS A.
MERINO AS TRUSTEE FOR THE CARLOS
ALFONSO MERINO REVOCABLE LIVING TRUST
U/A 12/4/96; MITCHELL MARTIN AND DEBORAH
MARTIN; WILLIAM BRADLEY AS
ADMINISTRATOR FOR THE BRADLEY
ANESTHESIOLOGY PROFIT SHARING PLAN;
BRENT PAULGER; KEVIN MOORE; NFS/FMTC IRA
FBO ROBERT STEPHEN ADAMS; STEVE HOKE
AND COLLEN HOKE AS TRUSTEES FOR THE HOKE
LIVING TRUST U/A 4/19/02; NFS/FMTC ROLLOVER
IRA FBO LYNN ROLLINS STULL; DAVID W.
LARSON AND JENNIFER L. LARSON; JOHN D.
SMEAD; BERT HUNTSINGER; DAVID BRISBIN FOR
WHITE PINE PRODUCTIONS; NFS/FMTC IRA FBO
DIANE D. SPOLUM; NFS/FMTC ROLLOVER IRA
FBO RALPH DALE EDSON; WALTER FRIESEN;
WILLIAM TEN BRINK AS TRUSTEE FOR THE TEN
BRINK TRUST U/A 10/2/86; NFS/FMTC ROLLOVER
IRA FBO JAMES A. TAMBORELLO; BARBARA S.
MEISTER AS TRUSTEE FOR THE MEISTER NON-
EXEMPT MARITAL TRUST U/A 11/17/83; NORMAN
S. KRAMER AND LINDA L. KRAMER; MICHAEL
BALDWIN; HOLLOW BALFOUR FOR HOPE BASH;
IRA PATRICIA BROWNE; SCOTT BURNS; ROBERT
CARLSON AND MICHELLE CARLSON; STEVEN
CHARLES; JORGE ECHEVERRIA; PHYLLIS ECHT;
IRA DON FAGEN; THE ALEXANDER AND YANA
GALUZ TRUST; RICHARD HELPPIE; HOWARD
HICKINGBOTHAM AND SANDRA

HICKINGBOTHAM; ULRICH HONIGHAUSEN AND AMANDA HONIGHAUSEN; AJAY KALRA; PATRICK KIRK AND GLORIA KIRK; SCOTT LANGMACK AND LORI LANGMACK; BRENT MAY; DEEPAK MUNJAL; ROBERT PICKERING AND BRIAN PICKERING; SERP CARL RICE; RUSS RIEDMUELLER AND NICOLE RIEDMUELLER; ROBERT SAYSON AND ALICE SAYSON; THE SPIELMAN AND ELKIN REVOCABLE TRUST; SPONGBOB VENTURES; ROB VECCHIONE; MATTHEW A. WALTON; TIM WEAVER; THE WORTHINGTON (DIPAOLO) FAMILY TRUST; WYMOND INVESTMENTS, LLC; JAYHAWK PRIVATE EQUITY; and DOES 1-100,

Plaintiff,

vs.

BOHAI PHARMACEUTICALS GROUP, INC.,

Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for their respective parties that the date by which Plaintiffs will amend their complaint shall be September 10, 2015.

Dated: New York, New York
September 3, 2015

ANDERSON KILL P.C.
*Attorneys for Plaintiffs*

By: /s/ David Graff
David Graff
Christopher L. Ayers
1251 Avenue of the Americas
New York, New York 10020
212-278-1000

DACHENG LAW OFFICES LLP
*Attorneys for Defendant*

By: /s/ Eugene Meyers
Eugene Meyers
2 Wall Street, 21st Floor
New York, NY 10005
718-509-9769

SO ORDERED.

Dated: September 3, 2015
New York, New York

_____
ANALISA TORRES
United States District Judge