# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Christopher L. Ayers, Esq.
Cayers@andersonkill.com
212-278-1570

*Via Facsimile*

Hon. Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
212-805-6382

September 15, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/15

Re:   *Euro Pacific Capital Inc. v. Bohai Pharmaceuticals Group Inc.*, Case No.: 15 Civ. 4410 (VM)

Dear Judge Marrero:

Pursuant to the parties' September 3, 2015 stipulation, Plaintiff was permitted to file its First Amended Complaint on September 10, 2015. On September 10th, Plaintiff filed its First Amended Complaint; however, the pleading was bounced because "the wrong filer was selected." On September 11th, Plaintiff filed the First Amended Complaint again. This time, the pleading was bounced because it was filed out of time on the 11th. Accordingly, Plaintiff respectfully requests that the Court authorize the docketing department to accept Plaintiff's First Amended Complaint, pursuant to the parties' stipulation.

If you have any questions, please call. Thank you.

Respectfully,

Christopher L. Ayers

CC: Eugene Meyers (*via Facsimile and email*)

SO ORDERED. Request GRANTED. The Clerk of Court is directed to accept the filing of plaintiff's First Amended Complaint herein.
DATE 9-15-15   VICTOR MARRERO, U.S.D.J.

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

nydocs1-1055649.1