UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EURO PACIFIC CAPITAL INC, individually and in its capacity as Investor Representative and attorney-in-fact for BRUCE WALKER RAVENEL, et al.

Plaintiff,

- against -

BOHAI PHARMACEUTICALS GROUP, INC.

Defendant.

Case No. 15 Civ. 4410 (VM)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Leodis C. Matthews, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the State of California and the District of Columbia; and that his contact information is as follows:

Leodis C. Matthews
Dacheng Law Offices LLP
4322 Wilshire Boulevard, Suite 200
Los Angeles, California 90010
Telephone: (323) 930-5690
Fax: (323) 930-5693

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Bohai Pharmaceuticals Group, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 1 October 2015

_____
U.S. District Judge Victor Marrero

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EURO PACIFIC CAPITAL INC, individually and in its capacity as Investor Representative and attorney-in-fact for BRUCE WALKER RAVENEL, et al.<br><br>Plaintiff,<br><br>- against -<br><br>BOHAI PHARMACEUTICALS GROUP, INC.<br><br>Defendant. | Case No. 15 Civ. 4410 (VM)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Leodis C. Matthews, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Bohai Pharmaceuticals Group, Inc. in the above-captioned action.

I am in good standing of the bars of the State of California and the District of Columbia and there no pending disciplinary proceedings against me in any state or federal court.

Dated: September 30, 2015             Respectfully Submitted,

By: /s/ Leodis C. Matthews
Leodis C. Matthews
Dacheng Law Offices LLP
4322 Wilshire Boulevard, Suite 200
Los Angeles, California 90010
Telephone: (323) 930-5690
Fax: (323) 930-5693
E-mail: leodis.matthews@dachenglaw.com

## Certificate of Service

The undersigned hereby certifies that on the 30th day of September, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                                      DACHENG LAW OFFICES, L.L.P.

                                    By:    /s/ Leodis C. Matthews
                                                    Leodis C. Matthews



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *LEODIS CLYDE MATTHEWS*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that LEODIS CLYDE MATTHEWS, #109064, was on the 1st day of August, 1983, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of September, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
J. Hunter, Senior Deputy Clerk



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## LEODIS C. MATTHEWS

was on **OCTOBER 29, 1979** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **September 21, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk