Eugene Meyers
DACHENG LAW OFFICES LLP
2 Wall Street, Floor 21
New York, New York 10005
Tel: (212) 380-8388
Fax**:** (212) 810-1995
Email: Eugene.Meyers@dachenglaw.com
*Attorneys for Bohai Pharmaceuticals Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EURO PACIFIC CAPITAL INC, individually and in its capacity as Investor Representative and attorney-in-fact for BRUCE WALKER RAVENEL, et al.<br><br>Plaintiff,<br><br>- against -<br><br>BOHAI PHARMACEUTICALS GROUP, INC.<br><br>Defendant. | Case No. 15 Civ. 4410 (VM)<br><br>**NOTICE OF MOTION FOR MOTION TO DISMISS AND COMPEL ARBITRATION** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and Declaration of Eugene Meyers and exhibits thereto, Defendant Bohai Pharmaceuticals Group, Inc., by and through its attorneys, Dacheng Law Offices LLP, will move this Court, before the Honorable Victor Marrero, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date determined by the Court, for an Order staying this action, compelling arbitration and dismissing certain causes of action for failure to state a claim upon which relief may be granted.

Dated: September 29, 2015

                                  DACHENG LAW OFFICES LLP

                         By: /s/ Eugene Meyers
                             Eugene Meyers
                             Two Wall Street, Floor 21
                             New York, New York 10005
                             (212) 380-8388
                             *Attorneys for Bohai Pharmaceuticals Group, Inc.*

**Certificate of Service**

The undersigned hereby certifies that on the 29th day of September, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                              DACHENG LAW OFFICES, L.L.P.

                  By:    /s/ Eugene Meyers
                           Eugene Meyers
                           *Attorneys for Bohai Pharmaceuticals*
                           *Group, Inc.*