UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EURO PACIFIC CAPITAL INC, individually and in its capacity as Investor Representative and attorney-in-fact for BRUCE WALKER RAVENEL, et al.

                Plaintiff,

vs.

BOHAI PHARMACEUTICALS GROUP, INC.,

                Defendant.

Index No.: 15-Civ-04410 (VM)

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for their respective parties that the time for Plaintiff to respond to Defendant's Motion to Compel Arbitration [Doc. No. 18] is extended to and including November 16, 2015. The extension allows the parties time to determine whether they will consent to proceed to arbitration pursuant to Defendant's Motion to Compel Arbitration.

Dated: New York, New York
       October 9, 2015

ANDERSON KILL P.C.
*Attorneys for Plaintiff*

By:_____
David Graff
Christopher L. Ayers
1251 Avenue of the Americas
New York, New York 10020
212-278-1000

DACHENG LAW OFFICES LLP
*Attorneys for Defendant*

By:_____
Leodis C. Matthews
Eugene Meyers
2 Wall Street, 21st Floor
New York, NY 10005
212-380-8388

SO ORDERED: 14 October 2015

Victor Marrero
United States District Judge