# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Christopher L. Ayers, Esq.
Cayers@andersonkill.com
212-278-1570

**RECEIVED OCT 22 2015 CHAMBERS OF JUDGE MARRERO**

Via Fax (212) 805-6374

October 22, 2015

The Honorable Victor Marrero
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/15

Re:   *Euro Pacific Capital Inc. v. Bohai Pharmaceuticals Group Inc.*, Case No.: 15 Civ. 4410 (VM)

Dear Judge Marrero:

We represent Plaintiff Euro Pacific Capital Inc. Pursuant to the October 8, 2015 status conference and minute entry, we write to inform the Court that the parties have not reached an agreement to proceed to arbitration. However, the parties have agreed to proceed to mediation, to occur on November 12th and 13th.

Should the court require additional information or have any questions feel free to contact me. Thank you.

Respectfully,

Christopher L. Ayers

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiff.

SO ORDERED.

10-22-15
DATE    VICTOR MARRERO, U.S.D.J.

Cc:   Leodis C. Matthews (*via fax: 212-810-1995*)
Dacheng Law Offices L.L.P.
2 Wall Street, Floor 21
New York, New York 10005
leodis.matthews@dachenglaw.com

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Dallas, TX

nydocs1-1057273.1