UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EURO PACIFIC CAPITAL INC., individually and in its capacity as Investor Representative and attorney-in-fact for BRUCE WALKER RAVENEL; POM INVESTMENTS; JOSEPH MCCARTHEY IRA; NFS/FMTC SEP FBO CARTER LAREN; NFS/FMTC SEP FBO GERALD MONA; THOMAS L. INGRAM AND CARISSA INGRAM AS TRUSTEES FOR THE INGRAM LIVING TRUST U/A 11/2/05; NFS/FMTC SEP IRA FBO GERALD E. MANWILL; ARNOLD WILLIAM GOLDSCHLAGER AND NORA GOLDSCHLAGER AS TRUSTEES FOR THE GOLDSCHLAGER FAMILY TRUST U/A 6/24/04; JOHN A. RUPP AS TRUSTEE THE JOHN A. RUPP TRUST U/A 3/9/07; WILLIAM A. KARGES JR. AS TRUSTEE FOR THE KARGES REVOCABLE INTERVIVOS TRUST U/A 4/29/85; RICHARD GRIFF AND JACKIE GRIFF; CHRISTIANNA SEIDEL AS TRUSTEE FOR THE CHRISTIANNA SEIDEL PROPERTY TRUST U/A 11/5/99 FBO CHRISTIANNA SEIDEL; KENNETH H. NASS AND MAUREEN NASS AS TRUSTEES FOR THE KENNETH H. & MAUREEN K. NASS CHARITABLE TRUST U/A 6/7/05; DAVID ARITA; AMY J. STEFANIK AS TRUSTEE FOR THE AMY J. STEFANIK REVOCABLE TRUST U/A 2/6/01; STEVEN JAY EPSTEIN; SELWYN ADELSON; SYED HASNAT AHMED; ANDREW MCCOLLAM FOR AM-PER ENTERPRISES; ALMA ARTHUR & WILLIAM BYPASS TRUST; JAMES BACON FOR DOJACON LLC; JEFF BAKER IRA; SARAH J. BASLER LIVING TRUST; RICHARD BENAMY; MIDDLESEX ORTHO 401K; LARRY BERSON; JEFF BLACKBURN; RON BOVASSO AND LINDA BOVASSO; JAMIE BROWN; BRAD CARR; LOWELL CERISE; DON CLEMETSON; ROLAND CRAM; ROB DAHLANDER FOR INTEGRITY FUNDS; JONATHAN EDWARDS AND VIRGINIA ADAMS EDWARDS; ART EKLUND; VIC FERRER; ANDREW GARNOCK; BOB HIEMANN; THE KARAN HOSS TRUST; THE HERSCHEL HUNTER TRUST (HACKER); IRA JON KARKOW; DARRELL KLOECKNER; IRA THOMAS LADNER; SCOTT LENNES; GREGG LINHOFF; MADARAZ SEP; | Case No.: 1:15-cv-04410-VM<br><br>**MOTION FOR INQUEST FOR DAMAGES** |

DAVID MARBLE; ABBY MARGALITH FOR NORTHERN STAR GROWTH TRUST; STEPHEN MCCARRON PROFIT SHARING PLAN; ROD MCINTYRE; ROTH IRA MARK ROGER MITCHELL; DR. MARK MITCHELL PROFIT SHARING PLAN; MMH GROUP LLC; TIMOTHY NASS; MARY NEIBERG; KEVIN O'NEILL AND SUZANNE O'NEILL; JOSEPH PANELLA; TINA PETERSON; STEVE SANN; PETER SCHORTMANN; KIM SCHWENKE; JAMES SHEAHAN; IRA DONALD SHOFF; IRA CHARLES SULLIVAN; IRA GERALD SURERUS; ABDOLHOSAYN TASLIMI AND SHIDAN TASLIMI; MEHRAN TASLIMI; RUHA TASLIMI AND SHIDAN TASLIMI; SHIDAN TASLIMI; SUSANNE TASLIMI; WAIN WHITE; LAMBERT WU AND CHU WU LIYING JTTEN; LANE YOSHIDA; IRA PAUL ZINK; TRILLION DOLLAR GROWTH; NORTH MILITARY LTD.; CHADDS FORD LTD.; CARLOS A. MERINO AS TRUSTEE FOR THE CARLOS ALFONSO MERINO REVOCABLE LIVING TRUST U/A 12/4/96; MITCHELL MARTIN AND DEBORAH MARTIN; WILLIAM BRADLEY AS ADMINISTRATOR FOR THE BRADLEY ANESTHESIOLOGY PROFIT SHARING PLAN; BRENT PAULGER; KEVIN MOORE; NFS/FMTC IRA FBO ROBERT STEPHEN ADAMS; STEVE HOKE AND COLLEN HOKE AS TRUSTEES FOR THE HOKE LIVING TRUST U/A 4/19/02; NFS/FMTC ROLLOVER IRA FBO LYNN ROLLINS STULL; DAVID W. LARSON AND JENNIFER L. LARSON; JOHN D. SMEAD; BERT HUNTSINGER; DAVID BRISBIN FOR WHITE PINE PRODUCTIONS; NFS/FMTC IRA FBO DIANE D. SPOLUM; NFS/FMTC ROLLOVER IRA FBO RALPH DALE EDSON; WALTER FRIESEN; WILLIAM TEN BRINK AS TRUSTEE FOR THE TEN BRINK TRUST U/A 10/2/86; NFS/FMTC ROLLOVER IRA FBO JAMES A. TAMBORELLO; BARBARA S. MEISTER AS TRUSTEE FOR THE MEISTER NON-EXEMPT MARITAL TRUST U/A 11/17/83; NORMAN S. KRAMER AND LINDA L. KRAMER; MICHAEL BALDWIN; HOLLOW BALFOUR FOR HOPE BASH; IRA PATRICIA BROWNE; SCOTT BURNS; ROBERT CARLSON AND MICHELLE CARLSON; STEVEN CHARLES; JORGE ECHEVERRIA; PHYLLIS ECHT; IRA DON FAGEN; THE

| |
|---|
| ALEXANDER AND YANA GALUZ TRUST; RICHARD HELPPIE; HOWARD HICKINGBOTHAM AND SANDRA HICKINGBOTHAM; ULRICH HONIGHAUSEN AND AMANDA HONIGHAUSEN; AJAY KALRA; PATRICK KIRK AND GLORIA KIRK; SCOTT LANGMACK AND LORI LANGMACK; BRENT MAY; DEEPAK MUNJAL; ROBERT PICKERING AND BRIAN PICKERING; SERP CARL RICE; RUSS RIEDMUELLER AND NICOLE RIEDMUELLER; ROBERT SAYSON AND ALICE SAYSON; THE SPIELMAN AND ELKIN REVOCABLE TRUST; SPONGBOB VENTURES; ROB VECCHIONE; MATTHEW A. WALTON; TIM WEAVER; THE WORTHINGTON (DIPAOLO) FAMILY TRUST; WYMOND INVESTMENTS, LLC; JAYHAWK PRIVATE EQUITY; and DOES 1-100, <br><br>            Plaintiff, <br><br>vs. <br><br>BOHAI PHARMACEUTICALS GROUP, INC., <br><br>            Defendant. |

Plaintiff, Euro Pacific Capital, Inc. ("Plaintiff" or "Euro Pacific"), hereby moves the Court for an Inquest on damages pursuant to the Default Judgment entered against Defendant Bohai Pharmaceuticals Group, Inc. ("Bohai"). In support of this Motion, Plaintiff avers as follows:

1. On April 4, 2016, the Clerk of this Court, pursuant to Fed. R. Civ. P. 55(a), entered the default judgment against Defendant Bohai (Doc. 38).

2. On April 13, 2016, Plaintiff made a Motion for Default Judgment (Doc. 39-41).

3. On April 15, 2016, the Court Granted the Motion for Default Judgment and Ordered Plaintiff to file Proof of Claim setting forth the amount of Plaintiff's damages sustained, including affidavit(s) detailing the fees and costs incurred (Doc. 42).

4. In support of this Motion, Plaintiff also submits (i) a Memorandum of Law; (ii) the Affirmation of David Graff; and (iii) Affidavit of Peter Chema.

WHEREFORE, Plaintiff respectfully requests that this court grant the Plaintiff a judgment against Defendant Bohai in the amount, as follows:

1. Award Euro Pacific, in its capacity as Investor Representative and attorney-in-fact for the Noteholders, damages in the amount of $8,677,552.46 on the principal and interest through January 12, 2017 on the Notes;

2. Award Euro Pacific, in its capacity as Investor Representative and attorney-in-fact for the Shareholders a "put" option at the amount of $35.04 per share.

3. Award Euro Pacific, individually and in its capacity as Investor Representative and attorney-in-fact for the Investors, attorneys' fees and costs incurred herein in the amount of $147,174.30; and

      4.      Award such other and further relief as this Court deems just and proper.

Dated: January 13, 2017         ANDERSON KILL P.C.

                                By: /s/ David Graff
                                      David Graff, Esq.
                                      1251 Avenue of the Americas
                                      New York, NY 10020
                                      (212) 278-1000
                                      (212) 278-1733

                                      *Attorneys for Plaintiffs*