UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
EURO PACIFIC CAPITAL INC., individually :
and in its capacity as Investor Representative
and attorney-in-fact for BRUCE WALKER :
RAVENEL, et.al.,
: Case No.: 1:15-cv-04410-VM
      Plaintiff,
: **NOTICE OF APPEARANCE**
  vs.
:
BOHAI PHARMACEUTICALS GROUP,
INC.,

      Defendant.
---------------------------------------- X

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Sherli Furst of Robins Kaplan LLP, with offices located at 399 Park Avenue, New York, New York 10022, hereby appears as counsel for Plaintiff Euro Pacific Capital Inc., individually and in its capacity as Investor Representative and attorney-in-fact for Bruce Walker Ravenel; POM Investments; Joseph McCarthey IRA; NFS/FMTC SEP FBO Carter Laren; NFS/FMTC SEP FBO Gerald Mona; Thomas L. Ingram and Carissa Ingram as trustees for the Ingram Living Trust U/A 11/2105; NFS/FMTC SEP IRA FBO Gerald E. Manwill; Arnold William Goldschlager and Nora Goldschlager as trustees for the Goldschlager Family Trust U/A 6/24/04; John A. Rupp as trustee for the John A. Rupp Trust U/A 3/9/07; William A. Karges Jr. as trustee for the Karges Revocable Intervivos Trust U/A 4/29/85; Richard Griff and Jackie Griff; Christianna Seidel as trustee for the Christianna Seidel Property Trust U/A 11/5/99 FBO Christianna Seidel; Kenneth H. Nass and Maureen Nass as trustees for the Kenneth H. & Maureen K. Nass Charitable Trust U/A 6/7/05; David Arita; Amy J. Stefanik as trustee for the Amy J. Stefanik Revocable Trust U/A 2/6/01; Steven Jay Epstein; Selwyn

Adelson; Syed Hasnat Ahmed; Andrew McCollam for AM-PER Enterprises; Alma Arthur & William Bypass Trust; James Bacon for Dojacon LLC; Jeff Baker IRA; Sarah J. Basler Living Trust; Richard Benamy; Middlesex Ortho 401k; Larry Berson; Jeff Blackbum; Ron Bovasso and Linda Bovasso; Jamie Brown; Brad Carr; Lowell Cerise; Don Clemetson; Roland Cram; Rob Dahlander for Integrity Funds; Jonathan Edwards and Virginia Adams Edwards; Art Eklund; Vic Ferrer; Andrew Garnock; Bob Riemann; the Karan Hoss Trust; the Herschel Hunter Trust (HACKER); IRA Jon Karkow; Darrell Kloeckner; IRA Thomas Ladner; Scott Lennes; Gregg Linhoff; Madaraz SEP; David Marble; Abby Margalith for Northern Star Growth Trust; Stephen McCarron Profit Sharing Plan; Rod McIntyre; Roth IRA Mark Roger Mitchell; Dr. Mark Mitchell Profit Sharing Plan; MMH Group LLC; Timothy Nass; Mary Neiberg; Kevin O'Neill and Suzanne O'Neill; Joseph Panella; Tina Peterson; Steve Sann; Peter Schortmann; Kim Schwenke; James Sheahan; IRA Donald Shoff; IRA Charles Sullivan; IRA Gerald Surerus; Abdolhosayn Taslimi and Shidan Taslimi; Mehran Taslimi; Ruha Taslimi and Shidan Taslimi; Shidan Taslimi; Susanne Taslimi; Wain White; Lambert Wu and Chu Wu Liying JTTEN; Lane Yoshida; IRA Paul Zink; Trillion Dollar Growth; North Military Ltd.; Chadds Ford Ltd. (collectively the "Noteholders"); Carlos A. Merino as trustee for the Carlos Alfonso Merino Revocable Living Trust U/A 12/4/96; Mitchell Martin and Deborah Martin; William Bradley as administrator for the Bradley Anesthesiology Profit Sharing Plan; Brent Paulger; Kevin Moore; NFS/FMTC IRA FBO Robert Stephen Adams; Steve Hoke and Collen Hoke as trustees for the Hoke Living Trust U/A 4/19/02; NFS/FMTC Rollover IRA FBO Lynn Rollins Stull; David W. Larson and Jennifer L. Larson; John D. Smead; Bert Huntsinger; David Brisbin for White Pine Productions; NFS/FMTC IRA FBO Diane D. Spolum; NFS/FMTC Rollover IRA FBO Ralph Dale Edson; Walter Friesen; William Ten Brink as trustee for the Ten Brink Trust U/A 10/2/86;

NFS/FMTC Rollover IRA FBO James A. Tamborello; Barbara S. Meister as trustee for the Meister NonExempt Marital Trust U/A 11/17/83; Norman S. Kramer and Linda L. Kramer; Michael Baldwin; Hollow Balfour for Hope Bash; IRA Patricia Browne; Scott Bums; Robert Carlson and Michelle Carlson; Steven Charles; Jorge Echeverria; Phyllis Echt; IRA Don Fagen; the Alexander and Yana Galuz Trust; Richard Helppie; Howard Hickingbotham and Sandra Hickingbotham; Ulrich Honighausen and Amanda Honighausen; Ajay Kalra; Patrick Kirk and Gloria Kirk; Scott Langmack and Lori Langmack; Brent May; Deepak Munjal; Robert Pickering and Brian Pickering; SERP Carl Rice; Russ Riedmueller and Nicole Riedmueller; Robert Sayson and Alice Sayson; the Spielman and Elkin Revocable Trust; Spongbob Ventures; Rob Vecchione; Matthew A. Walton; Tim Weaver; Jayhawk Private Equity (collectively the "Shareholders") (Noteholders and Shareholders referred to collectively as the "Investors") and their assignees and request that all papers and/or notices be sent to the undersigned at the address indicated.

Dated:  January 19, 2018                    Respectfully submitted,

*/s/ Sherli Furst*_____

Sherli Furst
ROBINS KAPLAN LLP
399 Park Avenue
Suite 3600
New York, New York 10022
Tel:    (212) 980-7400
Fax:   (212) 980-7401
Email: sfurst@robinskaplan.com