UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Euro Pacific Capital Inc., et al.          Plaintiff,

Case No. 15-cv-04410 (VM)

-against-

Bohai Pharmaceuticals Group, Inc.          Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____David Graff_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DG7011     My State Bar Number is: 4705281

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Anderson Kill P.C.
            FIRM ADDRESS: 1251 Avenue of the Americas, NY, NY 10020
            FIRM TELEPHONE NUMBER: 212-278-1333
            FIRM FAX NUMBER: 212-278-1733

NEW FIRM:   FIRM NAME: Robins Kaplan LLP
            FIRM ADDRESS: 399 Park Avenue, Suite 3600, NY, NY 10022
            FIRM TELEPHONE NUMBER: 212-980-7400
            FIRM FAX NUMBER: 212-980-7401

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: January 19, 2018                    /s/ David Graff
                                           _____
                                           ATTORNEY'S SIGNATURE