**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------

EURO PACIFIC CAPITAL INC,
individually and in its capacity as
Investor Representative and attorney-in-fact
                                                Plaintiff,

-against-

BOHAI PHARMACEUTICALS GROUP, INC.,                        15 Civ. 4410

                                                Defendant.
--------------------------------------------------------

To the Clerk of Court and all Parties of Records:

        PLEASE TAKE NOTICE, that Zhenling Zhang, Esq., of Seiden Law Group LLP, hereby

appears as counsel of record for Plaintiff Euro Pacific Capital Inc. and the rest of the investors for

which Euro Pacific Capital Inc. acts as Representative and attorney-in-fact in the above-captioned

matter. It is respectfully submitted that all future papers and notices of electronic filings with

respect to this action be forwarded to the undersigned.

Dated: August 8, 2019

                                                THE SEIDEN GROUP

                                                By:_____/s/ *Zhenling Zhang*_____
                                                        Zhenling Zhang
                                                        469 Seventh Avenue, Suite 502
                                                        New York, New York 10018
                                                        (646) 766-1704
                                                        zzhang@seidenlegal.com

                                                        *Attorneys for Plaintiffs*